BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CV-00376-LJO-GSA |
| Plaintiff, | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | |
| APPROXIMATELY $28,507.65 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1820240370, HELD IN THE NAME OF TAQUERIA LA VILLA, A SOLE PROPRIETORSHIP, and | |
| APPROXIMATELY $18,092.77 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1800736880, HELD IN THE NAMES OF JESUS NUNEZ DIAZ AND MARIA REMEDIOS NUNEZ, | |
| Defendants. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall

1. designate by order the appropriate newspaper or other vehicle for publication;

3. The defendants approximately $28,507.65 seized from Bank of the Sierra account number 1820240370, held in the name of Taqueria La Villa, a sole proprietorship and approximately $18,092.77 seized from Bank of the Sierra account number 1800736880, held in the names of Jesus Nunez Diaz and Maria Remedios Nunez (hereafter "defendant funds") were seized in the city of Bakersfield, Kern County, California.

4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. Thirty (3) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: March 12, 2012        BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Heather Mardel Jones
                                         HEATHER MARDEL JONES
                                         Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **April 5, 2012**                              **/s/ Gary S. Austin**
                                                                                  UNITED STATES MAGISTRATE JUDGE