1  BENJAMIN B. WAGNER
United States Attorney
2  HEATHER MARDEL JONES
Assistant United States Attorney
3  United States Courthouse
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
(559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )  1:12-CV-00376-LJO-GSA
                                         )
12             Plaintiff,                )  **STIPULATION TO STAY CIVIL**
                                         )  **PROCEEDINGS AND ORDER**
13       v.                              )
                                         )
14  APPROXIMATELY $28,507.65 SEIZED      )
    FROM BANK OF THE SIERRA              )
15  ACCOUNT NUMBER 1820240370,           )
    HELD IN THE NAME OF TAQUERIA         )
16  LA VILLA, A SOLE PROPRIETORSHIP,     )
    and                                  )
17                                       )
    APPROXIMATELY $18,092.77 SEIZED      )
18  FROM BANK OF THE SIERRA              )
    ACCOUNT NUMBER 1800736880,           )
19  HELD IN THE NAMES OF JESUS           )
    NUNEZ DIAZ AND MARIA REMEDIOS        )
20  NUNEZ,                               )
                                         )
21             Defendants.               )

22       IT IS HEREBY STIPULATED between the United States of America and Claimants

23  Jesus Nunez Diaz and Maria Remedios Nunez ("Claimants"), by and through their

24  respective counsel, that a stay is necessary in the above-entitled action and request the

25  Court enter an order staying proceedings pending resolution of the currently active criminal

26  investigation.

27       1.     On March 12, 2012, the United States filed a civil judicial "Verified Complaint

28  for Forfeiture In Rem," in the Eastern District of California: *United States v. Approximately*

                                   1        Stipulation to Stay Civil Proceedings and
                                            Order

*$28,507.65 Seized From Bank Of The Sierra Account Number 1820240370, Held In The Name Of Taqueria La Villa, A Sole Proprietorship, And Approximately $18,092.77 Seized From Bank Of The Sierra Account Number 1800736880, Held In The Names Of Jesus Nunez Diaz And Maria Remedios Nunez,* Docket No. 1:12-CV-00376-LJO-GSA, ECF No. 1.

2. On May 8, 2012, Claimants filed judicial claims to the defendant funds; and on June 8, 2012, Claimants filed an Answer.  ECF Nos. 7, 8, 12.

3. As provided by 18 U.S.C. § 981(g)(1), upon request of the United States, the court "shall" stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

4. As provided by 18 U.S.C. § 981(g)(2), upon request by the claimant, the court "shall" stay the civil forfeiture proceedings if the court determines that the claimant is the subject of a related criminal investigation or case, the claimant has standing to assert a claim in the civil forfeiture proceeding, and continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

5. As provided in both 18 U.S.C. §§ 981(g)(1) and (g)(2), the parties wish by agreement to stay the civil forfeiture proceedings entirely, as the parties stipulate and agree that there is a related ongoing criminal investigation of which Claimants are a subject, that Claimants have standing to assert a claim in the civil forfeiture proceeding, that continuation of the forfeiture proceeding will burden the right of Claimants against self-incrimination in the related criminal prosecution, and that the present civil discovery will adversely affect the ability of the United States to conduct the related criminal investigation.

6. Accordingly, the parties agree that the stay be imposed.  As the criminal investigation has not yet resulted in criminal charges, the parties wish the stay to be in effect only until March 11, 2014.  The parties request that the court set a status hearing on or about March 4, 2014. The parties will file a joint status report one week prior, informing

Stipulation to Stay Civil Proceedings and Order

1  the court whether the continuation of the stay is still necessary.

2  Date:  September 27, 2013                    BENJAMIN B. WAGNER
                                               United States Attorney
3

4
                                                /s/ Heather Mardel Jones
5                                              HEATHER MARDEL JONES
                                               Assistant United States Attorney
6

7

8  Date:  September 26, 2013        /s/ Michael P. Mears
                                    MICHAEL P. MEARS
9                                   Attorney for Claimants

10

11                                 **ORDER**

12        Based on the parties' stipulation set forth above, this action is stayed until March 11,

13  2014.  As requested by the parties, a status conference is hereby scheduled for 10:00 a.m.,

14
    on March 4, 2014, in Courtroom 10.  The parties may appear telephonically by coordinating
15
    a one-line conference call prior to calling Chambers at (559) 499-5960.  The parties shall file
16

17  a joint status report one week prior to the status conference, informing the court whether a

18  continuation of the stay is necessary.

19

20

21

22  IT IS SO ORDERED.

23     Dated:  **October 3, 2013**                  **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                        3      Stipulation to Stay Civil Proceedings and
                                               Order