BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $28,507.65 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1820240370, HELD IN THE NAME OF TAQUERIA LA VILLA, A SOLE PROPRIETORSHIP, and<br><br>APPROXIMATELY $18,092.77 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1800736880, HELD IN THE NAMES OF JESUS NUNEZ DIAZ AND MARIA REMEDIOS NUNEZ,<br><br>  Defendants. | 1:12-CV-00376-LJO-GSA<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.  This is a civil forfeiture action against defendants approximately $28,507.65 seized from Bank of the Sierra account number 1820240370, held in the name of Taqueria La Villa, a sole proprietorship, and approximately $18,092.77 seized from Bank of the Sierra account number 1800736880, held in the name of Jesus Nunez Dian and Maria Remedios Nunez, (hereafter "defendant funds") seized on or about October 19, 2011.

2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March

12, 2012, alleging that said defendant funds are subject to forfeiture to the United States of America pursuant to 18 U.S.C. §§ 984, 981(a)(1)(A), and 31 U.S.C. § 5317(c)(2).

3. On April 6, 2012, the Clerk issued a Warrant for Arrest for the defendant funds. The warrant for the defendant funds was duly executed on April 11, 2012.

4. Beginning on April 10, 2012, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Jesus Bautista
    b. Taqueria La Villa
    c. Jesus Nunez Diaz
    d. Maria Remedios Nunez
    e. Michael P. Mears, attorney

6. On May 8, 2012, Jesus Nunez Diaz and Maria Remedios Nunez filed a claim and on June 8, 2012, filed an Answer. Clerk's Defaults were entered as to Jesus Bautista and Taqueria La Villa on May 16, 2012. To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Jesus Nunez Diaz, Maria Remedios Nunez, Juan Bautista, Taqueria La Villa, and all other potential claimants.

3. Upon entry of a Final Judgment of Forfeiture herein, $32,620.29 of the defendant funds, together with any interest that has accrued on the entire amount of

defendant funds, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 984, 981(a)(1)(C), and 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days after Claimants have provided the necessary electronic funds transfer paperwork, $13,980.13 of the defendant funds, shall be returned to Claimants Jesus Nunez Diaz and Maria Remedios Nunez through their attorney Michael P. Mears, at Michael P. Mears, a Professional Corporation, 5500 Ming Avenue, Suite 225, Bakersfield, California, telephone (661) 834-1600.

5. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties to this agreement agree to waive the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on March 12, 2012, the Court finds that there was probable cause for arrest and seizure of the defendant funds, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed March 12, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this

1 forfeiture action.

2   The clerk is directed to close this action.

3
4 IT IS SO ORDERED.

5   Dated: **March 11, 2014**     /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE